IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL EDDINGS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALL MAINTENANCE ELECTRIC OF )<br>GEORGIA, and DAN HARRIS, )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action<br>No. 1:22-cv-00994-WMR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel Eddings ("Plaintiff") and Defendants All Maintenance Electric of Georgia and Dan Harris ("Defendants") (Plaintiff and Defendants collectively "the Parties"), hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and other applicable law, Plaintiff's Complaint in the above-styled action is hereby DISMISSED WITH PREJUDICE. The Parties agree to bear their own costs and expenses of litigation.

*STIPULATED AND AGREED*, this 6th day of July 2022.

| For Plaintiff: | For Defendants: |
|---|---|
| */s/ V. Severin Roberts\**<br>V. Severin Roberts<br>Georgia Bar No. 940504<br>severin@justiceatwork.com | */s/ Matthew J. Gilligan*<br>Matthew J. Gilligan<br>Georgia Bar No. 294955<br>mgilligan@hgrslaw.com |

1

| | |
|---|---|
| Barrett & Farahany<br>1100 Peachtree Street NE<br>Suite 500<br>Atlanta, GA 30309<br>Telephone: (404) 214-0120<br>Facsimile: (404) 214-0125<br>*signed and filed by Matthew J. Gilligan with express permission of V. Severin Roberts* | Wayne M. Cartwright<br>Georgia Bar No. 257328<br>wcartwright@hgrslaw.com<br>Hall, Gilligan, Roberts,<br>& Shanlever LLP<br>3340 Peachtree Rd NE - Suite 1900<br>Atlanta, Georgia 30326<br>Telephone: (404) 537-5525<br>Facsimile: (404) 537-5555 |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 6th day of July, 2022.

*/s/ Matthew J. Gilligan*
Matthew J. Gilligan
Georgia Bar No. 294955